UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANICE HILL,<br><br>      Plaintiff,<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>      Defendants. | Civil Case No. 1:25-CV-00068 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Janice Hill and Defendants Sanofi U.S. Services, Inc. (formerly known as Sanofi-Aventis U.S. Inc.), and Sanofi-Aventis U.S. LLC hereby stipulate to the dismissal of the present action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs. The parties previously entered a stipulation of dismissal in this action in the transferor court. ECF No. 17912, Case No. 2:16-md-02740-JTM-MBN (E.D. La. Mar. 20, 2025).

DATED: April 7, 2025

Respectfully submitted,

/s/ Casondra Turner
Casondra Turner (GA Bar No. 418426)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
Fax: (771) 772-3086
cturner@milberg.com

*Counsel for Plaintiff*

/s/ Joshua L. Becker   (with permission)
Joshua L. Becker
Georgia Bar No. 046046
**SHOOK, HARDY & BACON, LLP**
1230 Peachtree Street, NE
Suite 1200
Atlanta, Georgia 30309
jbecker@shb.com
(t) (470) 867-6000
(f) (470) 867-6001

*Counsel for Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ Casondra Turner
Casondra Turner